PROB 12A
(7/93)

# United States District Court

### for

### District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Amir Dunell a/k/a Terrell Wiley

Cr.: 05-635-01
PACTS #: 44289

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg, U.S.D.J.

Date of Original Sentence: 09/25/2006

Original Offense: Felon in Possession of a Firearm

Original Sentence: 53 months imprisonment followed by a three year term of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/20/2009

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision conditions which state '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' and '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

On April 20, 2009, Wiley submitted a urine specimen which subsequently tested positive for illicit drug use. Wiley signed an *Admission of Drug Use* form indicating he used Percocet and codeine on April 19, 2009, and April 17, 2009, respectively.

U.S. Probation Officer Action:

The probation office has increased urine testing and will refer for substance abuse treatment if necessary.

Respectfully submitted,

By: Paul E. Chomski
U.S. Probation Officer
Date:  04/20/09

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[x] Other

No action necessary at this time.

Signature of Judicial Officer

4/27/09
Date